UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANKLIN D. BYRD,

        Plaintiff,                                      Case No. 1:07-cv-880

v.                                                   Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**ORDER TO SHOW CAUSE**

        Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security Administration (Commissioner) denying his claim for benefits. By order entered December 19, 2007, the court directed the parties to file briefs in support of their respective positions, plaintiff by January 16, 2008, and defendant by February 15, 2008. Plaintiff has failed to file his brief.

        Plaintiff's failure to comply with the court's order and to prosecute this matter permit the court to enter an order to show cause why the case should not be dismissed pursuant to W.D. Mich. LCiv R 41.1. Accordingly, within fourteen days of the date of this order, plaintiff is directed to show cause in writing why this case should not be dismissed for his failure to file a brief in accordance with the court's order.

        **IT IS SO ORDERED.**

Dated:  February 15, 2008                /s/ Hugh W. Brenneman, Jr.
                                      HUGH W. BRENNEMAN, JR.
                                      United States Magistrate Judge